## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

CARMEN JANEGA
v.
WAL-MART CORPORATION and
WAL-MART STORES, INC.

Case Number:
FILED: JUNE 13, 2008
08CV3422
JUDGE HART
MAGISTRATE JUDGE DENLOW
EDA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Lori A. Vanderlaan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Lori A. Vanderlaan | |
| FIRM | |
| Best, Vanderlaan & Harrington | |
| STREET ADDRESS | |
| 2100 Manchester Road, Suite 1420 | |
| CITY/STATE/ZIP | |
| Wheaton, Illinois 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6234032 | 630.752.8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |