U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 1:08-cv-03422
Carmen Janega
v.
Wal-Mart Corporation, a Delaware Corporation
and Wal-Mart Stores, Inc., a Delaware Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wal-Mart Stores, Inc.

| |
|---|
| NAME (Type or print) <br> Norma W. Zeitler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Norma W. Zeitler |
| FIRM <br> Barnes & Thornburg, LLP |
| STREET ADDRESS <br> One North Wacker Drive, Suite 4400 |
| CITY/STATE/ZIP <br> Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6230589 | TELEPHONE NUMBER <br> 312-357-1313 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |