# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Carmen Janega
                              Plaintiff,

v.                                                        Case No.: 1:08−cv−03422
                                                             Honorable William T. Hart

Wal−Mart Corporation, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable William T. Hart: Status hearing set for 8/20/2008 at 11:00 AM. NOTICE to electronic filers: you still must provide a paper "Judge's Copy" as required by Local Rule 5.2(e). Judge's copies are to be filed on the 20th floor in the box designated for that purpose. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.