IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN JANEGA,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART CORPORATION, a Delaware Corporation and WAL-MART STORES, INC., a Delaware corporation,<br><br>    Defendants, | Case No. 1:08-cv-03422 |

**REPORT OF PARTIES PLANNING MEETING**

1. **Pursuant to Fed.R.Civ.P. 26(f), a meeting was held** on August 12, 2008 and was attended by Kimberly A. Carr of Best, Vanderlaan & Harrington for Plaintiff Carmen Janega and Douglas M. Oldham of Barnes & Thornburg, LLP for Defendant Wal-Mart Stores, Inc.

2. **Pre-Discovery Disclosures.** The parties will exchange by August 29, 2008 the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   - Discovery will be needed on issues of liability and damages.

   - All discovery with the exception of experts shall be commenced in time to be completed by April 17, 2009.

   - Maximum of 25 interrogatories by each party to any other party.

   - Maximum of 25 requests for admission by each party to any other party.

   - Maximum of 10 depositions by Plaintiff and 10 by Defendant. Each deposition is limited to a maximum of seven hours unless extended by agreement of parties.

   - Plaintiff shall disclose experts and provide expert reports by April 24, 2009. Plaintiff shall make any such experts available for deposition by May 29, 2009.

- Defendant shall disclose experts and provide expert reports by June 26, 2009. Defendant shall make any such experts available for deposition by July 31, 2008.

4. **Other Items.**

- The parties do not request a conference with the court before entry of the scheduling order.

- The parties will request a specific date for a pretrial conference when it is determined whether such a conference will be necessary after the Court rules on any potentially dispositive motions.

- Plaintiff and Defendant should be allowed until March 17, 2008 to join additional parties and amend the pleadings.

- All potentially dispositive motions should be filed by May 29, 2009.

- Settlement cannot be evaluated until after the commencement of written discovery.

- The parties request that the Court set a status following its ruling on any potentially dispositive motions to determine a trial date, if applicable. At this time, a trial is expected to take approximately three days.

DATE: August 12, 2008

| *s/ Douglas M. Oldham* | *s/ Kimberly A. Carr* |
|---|---|
| Norma W. Zeitler<br>Douglas M. Oldham<br>Barnes & Thornburg, LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, Illinois 60606-2833<br>Telephone: (312) 357-1313<br><br>Attorneys for Defendant | Kimberly A. Carr<br>Allie MacInnis Burnet<br>Erin Elizabeth Buck Kaiser<br>Lori Ann Vanderlan<br>Best, Vanderlaan & Harrington<br>25 East Washington Street<br>Suite 210<br>Chicago, Illinois 60602<br>Telephone: (312) 819-1100<br><br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that copies of the foregoing Report of Parties Planning Meeting were served upon the following on this 12th day of August, 2008 by electronic filing pursuant to Rule XI of the General Order on Electronic Case Filing:

> Kimberly A. Carr
> Allie MacInnis Burnet
> Erin Elizabeth Buck Kaiser
> Lori Ann Vanderlaan
> Best, Vanderlaan & Harrington
> 25 East Washington Street
> Suite 210
> Chicago, Illinois 60602

*s/ Douglas M. Oldham*