## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3422 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Carmen Janega vs. Wal-Mart Stores, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Defendant Wal-Mart Corporation is dismissed.  Since the remaining defendant is the properly named defendant in this case, the Clerk of the Court is directed to correct the case caption to read: Janega v. Wal-Mart Stores, Inc.  Discovery is to be completed by 2/1/2009.  Status hearing set for 11/19/2008 at 11:00 a.m.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | CW |
|---|---|---|